### 24732. SIMMONS *v.* YATES, trustee.

GUERRY, J. It is a necessary prerequisite to the jurisdiction of this court over a writ of error that the trial judge certify that the bill of exceptions is *true*. This not having been done in this case, it must be dismissed.

*Writ of error dismissed.* *Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JUNE 20, 1935.

432

*D. C. Chalker,* for plaintiff in error.   *H. F. Lawson,* contra.